Opinion issued April 8, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00735-CV

_____

**STEADFAST FUNDING, LLC, Appellant/Cross-Appellee**

**V.**

**2017 YALE DEVELOPMENT, LLC, Appellee/Cross-Appellant**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-59191**

---

## MEMORANDUM OPINION

Steadfast Funding LLC appeals from the trial court's final order of dismissal signed on October 6, 2023. Steadfast has not timely filed an appellant's brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a).

Steadfast's brief was first due on June 2, 2024. *See* TEX. R. APP. P. 38.6(a). Subsequently, the Court granted Steadfast four extensions of time to file a brief. *See* TEX. R. APP. P. 38.6(d).

On December 13, 2024, 2017 Yale Development, LLC filed a motion to dismiss the appeal based, in part, on Steadfast's failure to file a brief.[1]

On December 18, 2024, the Court notified Steadfast that this appeal was subject to dismissal for its failure to file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1). An appellee's brief has not been filed. *See* TEX. R. APP. P. 38.8(a)(3).

Steadfast did not respond to the motion to dismiss or to the Court's notice.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)–(c), 43.2(f). We also dismiss Yale's conditional cross-appeal of the February 7, 2020 order disqualifying a previous trial court judge. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

---

[1] In its motion to dismiss, Yale contends that Steadfast's appeal is "frivolous for the reasons stated in the prior appeal." It requests "cost[s] from [Steadfast's counsel] for pursuit of a frivolous appeal." *See* TEX. R. APP. P. 45; *Smith v. Brown*, 51 S.W.3d 376, 381 (Tex. App.—Houston [1st Dist.] 2001, pet. denied). The decision to grant appellate sanctions is a matter of discretion that an appellate court exercises with prudence and caution. *Smith*, 51 S.W.3d at 381. We decline to impose sanctions.